# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>G & G HOSPITALITY, INC., D/B/A COMFORT INN & SUITES,<br><br>   Defendant. | Civil Action No.: 1:13-cv-489-DKL-TWP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiff, David DeBoard, Jr., by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action.

Respectfully submitted,

THE FRASHER LAW FIRM, P.C.

*s/ Ryan R. Frasher*
Ryan R. Frasher (27108-49)
450 Barrister Building
155 East Market Street
Indianapolis, IN 46204
Tel:  317.634.5544
Fax:  317.630.4824
rfrasher@frasherlaw.com

TRAVIS & CALHOUN, P.C.

*s/ Eric G. Calhoun*

1

Eric G. Calhoun
Texas Bar No. 03638800
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
Tel: 972.934.4100
Fax: 972.934.4101
eric@travislaw.com

ATTORNEYS FOR PLAINTIFF
AND
PROPOSED CLASS COUNSEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of August, 2013, this motion was electronically filed through the Court's CM/ECF system. Electronic notice of this filing, and access to this motion, will be automatically sent to the following through the Court e-filing system:

Paul J. Page, 15523-49
Pittman & Page
333 East Ohio Street
Suite 200
Indianapolis, IN 46204
317 636-5561
Fax: 317-686-5760
Email: ppage@pittmanpage.com

*s/ Ryan R. Frasher*
Ryan R. Frasher

2