> Pursuant to Rule 41(a)(1)(A)(i), voluntary dismissal after Defendant has filed answer is not appropriate. However, absent a stipulated dismissal, the Court recognizes this as Plaintiff's request for a voluntary dismissal by Court Order under 41(a)(2). Therefore, dismissal is GRANTED.            Date 08/05/2013
>
> _Denise LaRue_
> Denise K. LaRue
> United States Magistrate Judge
> Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § § | Civil Action No.: 1:13-cv-489-DKL-TWP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| Plaintiff, | | |
| v. | | |
| G & G HOSPITALITY, INC., D/B/A COMFORT INN & SUITES, | | |
| Defendant. | | |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiff, David DeBoard, Jr., by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action.

Respectfully submitted,

THE FRASHER LAW FIRM, P.C.

_s/ Ryan R. Frasher_
Ryan R. Frasher (27108-49)
450 Barrister Building
155 East Market Street
Indianapolis, IN 46204
Tel: 317.634.5544
Fax: 317.630.4824
rfrasher@frasherlaw.com

TRAVIS & CALHOUN, P.C.

_s/ Eric G. Calhoun_

1